IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ANDREW ERIC BUCKINS, JR., )
)
    Plaintiff, )
)
v. ) CASE NO. CV413-097
)
FAMILY DOLLAR STORES, INC., )
)
    Defendant. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 4), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's complaint is **DISMISSED WITH PREJUDICE**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 21st day of June 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA